April 3, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

HARTFORD FINANCIAL SERVICES GROUP, INC., Appellant

NO. 14-12-00134-CV              V.

JOSE LUIS SANCHEZ, ET. AL., Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on January 30, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by HARTFORD FINANCIAL SERVICES GROUP, INC.

We further order this decision certified below for observance.